RECEIVED
IN LAKE CHARLES, LA.

JAN 26 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MIZRA MUHAMMED AKRAM | : | DOCKET NO. 2:11 CV 288 |
| VS. | : | JUDGE MINALDI |
| JANET NAPOLITANO, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice for failure to state a claim for which relief may be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 26 day of January, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE